UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHMUEL ROTH,
                        Plaintiff,

                -against-

TRANS UNION, LLC,
                        Defendant.
------------------------------------------------------------X

20 Civ. 10215 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 18, 2021. Dkt No. 20.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that, the February 18, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 12, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE